Mark A. Broughton, #079822
Brittany E. Hines, #326312
Jesus Pereda, #333525
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel:  (559) 691-6222
Fax: (559) 691-6221
Mark@FresnoCriminalLawyer.com

Attorneys for Defendant, DANIEL JUAREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:19-CR-00143-DAD BAM |
| Plaintiff, | |
| vs. | **JOINT STIPULATION REGARDING MOTIONS BRIEFING SCHEDULE; AND ORDER** |
| DANIEL JUAREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant DANIEL JUAREZ, and Assistant United States Attorney, Katherine Schuh that the motions schedule previously set shall be modified as follows:

| | |
|---|---|
| Defense motions due: | **March 28, 2022** |
| Government's Opposition due: | **May 9, 2022** |
| Defense Reply due: | **May 16, 2022** (Remains the same) |
| Hearing on Motions: | **May 23, 2022** (Remains the same) |
| Status Hearing: | **June 8, 2022** (Remains the same) |
| Trial Confirmation: | **July 25, 2022** (Remains the same) |
| Trial (3 weeks): | **August 9, 2022 – August 25, 2022** (Remains the same) |

For the above stated reasons, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

    IT IS SO STIPULATED.

DATED: March 17, 2022    /s/ Katherine Schuh
KATHERINE SCHUH
Assistant United States Attorney

DATED: March 17, 2022    /s/Mark A. Broughton
MARK A. BROUGHTON
Attorney for DANIEL JUAREZ

## ORDER

IT IS SO ORDERED.

Dated: **March 18, 2022**    *[signature: Dale A. Drozd]*
UNITED STATES DISTRICT JUDGE