# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>DANIEL JUAREZ<br>*Defendant* | )<br>)   Case No. 1:19-cr-00143-ADA-BAM<br>)<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 08-05-22

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

MARK A. BROUGHTON
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____, United States District Judge
*Judge's printed name and title*